Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of

Division: Jacksonville; DIVISON

Case No. 3:23CV316-TJC-LLL
(to be filled in by the Clerk's Office)

Mcelroy, Herbert
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Capt. Lunsworth
Asst. John Goodwin
Srg. Reckner
Warden. A. Cochran
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

PROVIDED TO
JACKSON C.I. ON

MAR 15 2023

FOR MAILING H.M

2023 MAR 20 PM 12:37
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE, FLORIDA

FILED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Herbert Lewis McElroy
All other names by which you have been known: Swerb, Secure Tha Bag
ID Number: R21739
Current Institution: Jackson Correctional Institution
Address: 5563 10TH Street
Malone, Florida 32445
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: A. Cochran
Job or Title (if known): Warden
Shield Number: Unknown
Employer: Columbia Correctional Institution (main unit)
Address: 216 S.E. Corrections Way
Lake City, Florida 32025
City / State / Zip Code
☒ Individual capacity    ☒ Official capacity

Defendant No. 2
Name: John Godwin
Job or Title (if known): Asst. Warden
Shield Number: Unknown
Employer: Columbia Correctional Institution (main unit)
Address: 216 S.E. Corrections Way
Lake City, Florida 32025
City / State / Zip Code
☒ Individual capacity    ☒ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
- Name: Reckner
- Job or Title (if known): Sargeant
- Shield Number: Unknown
- Employer: Columbia Correctional Institution (main unit)
- Address: 216 S.E. Corrections Way, Lake city, Florida 32025

☒ Individual capacity   ☒ Official capacity

Defendant No. 4
- Name: Lunsworth
- Job or Title (if known): Capt.
- Shield Number: Unknown
- Employer: Columbia Correctional Institution (main unit)
- Address: 216 S.E. Corrections Way, Lake city, Florida 32025

☒ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

"Under Color of State Law"

Fourteen Amendment and Eighth Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

"Page (3) of (11)"

II - BASIS FOR JURISDICTION -
State/local officials (a 1983 claim)

"Page (4) of (11)"

IV - Statement of Claim -
A. N/A

B. (1) I was a permanent inmate housed at Columbia C.I. Main-unit in 2019, at which time I had no physical health issues - my medical records will verify that I had no medical/physical health problems.

(2) On November 24TH, 2019 I had a visitor come to Columbia C.I. Main-unit for a contact visit, Visitation starts at 9:00 AM and ends at 3:00 pm.

(3) At 1:45 p.m my visitor had to leave because of personal issues, after my visitor left I was placed in the visitation Search-room. I was ordered to take my uniform off by officer. Reckner.

(4) The Search was conducted by one official, Officer. Reckner. Officer. Reckner gave me an order "to bend over at the waist and to cough" I did as ordered.

(5) Official. Reckner told me that I wasn't doing it right and to do it again, I did as I was ordered a second time - Official. Reckner became irritated and pulled out his wand (a wand is to detect anything electronic that an inmate has on his person - it also detect metal). I was given my underwear and pants back but they were only around my ankles.

(6) Official. Reckner then placed me in hand-restraints and gave me an order telling me to "bend over at the waist" *Note: - From when I was first ordered to place my pants and underwear around my ankles they were never pulled-up

"Page (4) of (11) Continued/attachment
until I was escorted from the visitation search room - the order that Official. Reckner gave me I followed Official. Reckner then took his wand and ran it over my buttock area and then my mid-section while I was still in hand-restraints (which are metal)

(7) Official. Reckner claimed that the wand was detecting that I had metal/electronics on me at which point he pulled my underwear and pants up.

(8) I was then escorted to the confinement unit and placed in a dry cell (H-dorm pod 2) under the assumption that I (the Plaintiff) had contraband in my rectum.

(9) Srgt. Cooper was given orders to stand guard over me until I produce feces so to have it investigated, Capt. Lunsworth was the OIC on shift and was aware of the incident. After being placed in the "dry-cell" with nothing but a bucket there was no toilet nor sink.

(10) Within a few hours I produced feces that I had to strain to produce the official standing guard was notified at which the "tard" was inspected and showed no evidence of contraband but unfortunatly I (Plaintiff) was continued to be housed in the "dry-cell" missing the evening meal because orders were given not to feed me - Official. Clark and Srgt. Parker will be listed as witness's that orders were given not to feed me.

(11) After (2) days Srgt. Widdpomns escorted me to medical where nurse. Everrette and Dr. Bartley examined my rectum pushing everything that was in my stomach out, yet, after nothing was found I was still placed in a "dry-cell".

"Page (4) of (11)"

(12) Hours after being examined by Nurse. Everrette and Doctor. Bartley I was escorted back to medical by Srgt. Cooper to have an X-ray conducted the Asst. Warden was presend a Captain, Srgt. Cooper, Nurse. Everrette and Doctor. Bartley

(13) The X-ray was negetive resulting in me having nother on or in my person, after being found to having no contraband I was placed in the administrative confinement unit pending a Disciplinary Report, I went before the Disciplinary Hearing Team and was found guilty and was sentence to (30) day Disciplinary Confinement.

(14) While on Disciplinary Status I began to feel sharp pains between my pelvic area and abdomen so I fidledout a Sick-Call Form to see what the problem was, I was seen and almost (2) to (3) weeks later I was called to medical and a ultra sound of the said area was performed on me at which point I was inform by medical personel that I had an innard hernia.

(15) I signed-up to have hernia surgery; some time in January of 2021 I was transfered to (RMC) Lake Butler where the hernia surgery was performed.

(16) The hernia surgery was successful at thee time, but now over a year later I am having complications with the hernia surgery - medical records will prove these allegations.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_All Four Defendants are State officials._

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. All Four officials violated the Fourteenth and Eighth Amendment by placing me in a "dry-cell" and ordering me to produce feces, to which I had to strain to do so which caused me ending up with a harnie, creating bodily harm and cruel and unusual punishment occured when I wasn't fed any meals while I was being held in the "dry-cell" making all four defendants guilty of intentional misconduct and gross negligence violating F.A.C Rule 33-208.002(8)

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
On Nov. 24th, 2019 at or around 1:45 p.m I was escorted from the visitation search room, after officials terminated my visitation section, to a "dry-cell" under the assumption from Srgt. Reckner that I had something in my rectum. Once in the "dry-cell" Capt. Lunsworth ordered me to produce feces, I did as I was ordered, which there was nothing in my feces but unfortunatly I was still held on the said status for (72) hours and still not released until an x-ray was conducted on me.

Page 4 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

Between 1:45 pm and 2:00 pm November 24TH, 2019

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was having a visit with my girlfriend when I was approached by officials interrupting my visit and escorted me to the search room which officials are allowed to do... once in the search room I followed all orders(squat, cuff & spreading my butt cheeks) Srgt. Reckner "wanded" me stopping by my mid-section asking me do I have anything that I am not suppose to have I replied "no" Srgt. Reckner told me that I was lying and told me that he was going to get whatever was inside of me; he escorted me to a "dry-cell" at which point the cruel and unusual punishment started; Srgt. Moody, OFF. J. Clark, Nurse. Everrett, Srgt. Proulx, Srgt. Prille Srgt. Cooper, Srgt. Harper, Srgt. Williams, OFF. Nelson, OFF. White, OFF. Wilds, OFF. Jones, Doctor Bartley., are witness's

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Due to me being forced to produce Feces I received a (ingrd hernia) From straining, and I had hernia Surgery January, 2021 at Butler (RMC) main unit; please refer to medical records.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I'd like the court to order a full body physical examination to the injuries stated in this compliant. reimburstment for the filing fee of (42 U.S.C. § 1983), Copying Service Fee.

$500,000.00 For actual damages From all defendants
$500,000.00 For punitive damages From all defendants ("Defendants actions were motivated by evil motive or intent, reckle or callous indeffernce to my rights"...

Housed in a Federal custody Facility, Free From retaliation or harassment by any (FDOC) officials For Filing this complaint; and/any other appropriate action taken that the Jury Seem fair and warrant justice for the cruel and unusual punishment that I encountered

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Columbia Correctional Institution Main unit

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

~~☒ Yes~~

☒ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   At Columbia Correctional Institution Main Unit

2. What did you claim in your grievance?
   That I planned on filing a civil suit due to the injuries I suffered and the cruel and unusual punishment received.

3. What was the result, if any?
   A few grievances were returned without action and some were simply denied...

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)
   The grievance process is completed the last grievance on the Secretary, Florida Department of Corrections level was answered on 1/30/20 "Returned without action"

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/1/22

Signature of Plaintiff: [signed]
Printed Name of Plaintiff: Herbert Mcelroy
Prison Identification #: A-R21739
Prison Address: Jackson Correctional Institution
5563 10TH St. Malone, Florida 32445

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____